# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR TEMPORARY RELEASE** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:13-cr-142-5 |
| Teliea Kateri Baker, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant is charged in an indictment with the offense of conspiracy to distribute and possess with intent to distribute heroin. Following a detention hearing on September 6, 2013, the court ordered defendant detained pending trial. In so doing, the court advised that it would entertain a request from defendant for her temporarily release to attend a substance abuse evaluation if and when such an evaluation could be arranged. Defendant is currently being housed at the Heart of America Correctional and Treatment Center ("HACTC") in Rugby, North Dakota.

On September 13, 2013, the court was advised by defense counsel that defendant's family had tentatively scheduled a substance abuse evaluation for defendant on September 16, 2013, at 2:00 p.m. through the Three Affiliated Tribes Circle in Rolette, North Dakota. The evaluation is to be conducted at the Sacred Heart Catholic Church in Rolette.

The court **ORDERS** that defendant shall be released to the custody of her mother, Marilyn Yellow Bird, no earlier than 12:00 p.m. on September 16, 2013, for transport to the Sacred Hearth Catholic Church in Rolette for her substance abuse evaluation. Ms. Yellow Bird shall return defendant to HACTC by 4:30 p.m. on September 16, 2013.

Dated this 13th day of September, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court