# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Teliea Kateri Baker, | ) | Case No. 4:13-cr-142- 5 |
| | ) | |
| Defendant. | ) | |

Defendant is charged in an indictment with the offense of conspiracy to distribute and possess with intent to distribute heroin. Following a detention hearing on September 6, 2013, the court ordered defendant detained pending trial. However, on September 13, 2013, the court issued an order temporarily releasing defendant so that she could attend a substance abuse evaluation scheduled for September 16, 2013, in Rolette, North Dakota.

The court has been advised that defendant has been accepted into a residential treatment program at the Lake Region Human Service Center ("LRHSC") in Rolla, North Dakota. The court is inclined to order defendant's release so that she may attend treatment. Accordingly, defendant shall be released to her mother, Marilyn Yellow Bird, no earlier than 9:00 a.m. in Friday, September 27, 2013, for transport to the LRHSC. Defendant shall remain at LRHSC treatment facility, participate in treatment, and abide by the LRHSC's rules and regulations. Upon completion of her treatment, she is to immediately report to the Pretrial Services office in Minot, North Dakota.

**IT IS SO ORDERED.**

Dated this 26th day of September, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court