# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Lacey Jade Fox, | ) | Case No. 4:13-cr-142 |
| | ) | |
| Defendant. | ) | |

The court previously appointed attorney David Dusek to represent defendant in this matter. On January 2, 2014, attorney Jeff Bredahl filed a notice of appearance as counsel for defendant and what the court construes as a motion for substitution of counsel. Although not explicitly stated in the motion, Mr. Bredahl has presumably been retained by defendant.

Accordingly, the court **GRANTS** the motion for substitution (Docket No. 152) and authorizes Mr. Duskek to withdraw. Mr. Bredahl shall be substituted as counsel-of-record for defendant.

**IT IS SO ORDERED.**

Dated this 3rd day of January, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court